IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      )<br>        Plaintiff, )<br>      )<br>vs.    )    Case No. 20-CR-96-GKF<br>      )<br>ANDREW GLENN PERRINE, )<br>      )<br>        Defendant. ) | |

## ENTRY OF APPEARANCE

Allen M. Smallwood, retained counsel for the above-named defendant, Andrew Glenn Perrine, hereby makes his general entry of appearance on defendant's behalf and will represent the defendant through trial or disposition at the federal district court level.

s/ Allen M. Smallwood
ALLEN M. SMALLWOOD    OBA #8308
Counsel for Defendant
  ANDREW GLENN PERRINE
1310 South Denver Avenue
Tulsa, Oklahoma 74119-3041
(918) 582-1993        (918) 582-1991 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2020, a true and correct copy of the above and foregoing was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a notice of electronic filing to the following ECF registrants:

Christopher Jordan Nassar          Reagan Vincent Reininger
christopher.nassar@usdoj.gov       reagan.reininger@usdoj.gov

s/ Allen M. Smallwood
ALLEN M. SMALLWOOD