# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                Plaintiff,

vs.                                                     Case Number: 20-cr-96-GKF

Andrew Glenn Perrine,

                Defendant.

## SCHEDULING ORDER

At the direction of Gregory K. Frizzell, United Sates District Judge, it is hereby ordered that:

| | | |
|---|---|---|
| Motions due: | 9-4-2020 | |
| Responses due: | 9-18-2020 | |
| PT/CP/Motions Hearing: | 10-5-2020 | at 9:30 a.m. |
| Voir dire, jury instructions, and trial briefs due: | 10-13-2020 | |
| Jury Trial: | 10-19-2020 | at 9:30 a.m. |

                                      Mark C. McCartt,
                                      Clerk of Court, United States District Court

                                      S/ K. Perkins
                                      By: K. Perkins, Deputy Clerk