


AO 442 (Rev. 10/13) Arrest Warrant

*Case unsealed 8/13/20 lg*

~~SEALED~~

U.S. Marshals Service
2020 AUG -4 PM 3:48
N/OK

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 20 CR 096 GKF |
| ANDREW GLENN PERRINE | ) | |
| *Defendant* | ) | |

**FILED**
AUG 14 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without ~~unnecessary~~ delay
*(name of person to be arrested)* ANDREW GLENN PERRINE
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2252(a)(2) and (b)(1): Distribution and Receipt of Child Pornography;
18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2) – Possession of Child Pornography;
18 U.S.C. § 2253(a) – Child Pornography Forfeiture

Date: AUG 04 2020

*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Mark McCartt, Court Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 8/4/2020, and the person was arrested on *(date)* 8/13/2020
At *(city and state)* Tulsa, Oklahoma
Date: 8/13/2020

*Arresting officer's signature*

Erin Stanicch, Special agent
*Printed name and title*

AUSA/la