IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 20-CR-096-GKF |
| ANDREW GLENN PERRINE, | ) ) ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

Now before the Court is the Motion of the United States for an Order of Forfeiture (Dkt. 22). Based upon Defendant Andrew Glenn Perrine's guilty plea, Petition to Enter Plea of Guilty, the record, and the nexus between the property listed below and the sexual exploitation of children offenses to which Perrine has pled guilty, the Court finds that the motion should be granted.

Pursuant to 18 U.S.C. § 2253(a), an Order of Forfeiture shall be entered whereby the Coral Apple iPhone XR, Serial Number: DNPXN4SMKXL4, IMEI: 357349098842875 is forfeited to the United States and the forfeiture of such property shall be made part of the defendant's sentence and included in the judgment.

**IT IS THEREFORE ORDERED** that, pursuant to 18 U.S.C. § 2253(a), the Motion of the United States for an Order of Forfeiture (Dkt. 22) is **granted** and the referenced property is forfeited to the United States.

**IT IS FURTHER ORDERED** that all right, title, and interest to the property are hereby condemned, forfeited, and vested in the United States of America and shall be disposed of according to law.

**DATED** this 18th day of February, 2021.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE